In the Matter of the Claim of TIMOTHY J. HICKEY, Respondent, against THE CITY OF TROY, Appellant.

THE STATE INDUSTRIAL BOARD, Respondent.

(Submitted September 30, 1930; decided October 14, 1930.)

*T. Stewart Hubbard, Corporation Counsel (Joseph F. Purcell* of counsel), for appellant.

*E. Deane Vincent* for respondent.

Appeal dismissed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.